| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-10544-AMC**

DAISY FLEMING
1003 E. LUZERNE STREET
PHILADELPHIA  PA    19124

Petition Filed Date: 01/29/2019
341 Hearing Date: 03/08/2019
Confirmation Date: 07/31/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2020 | $366.00 | 26230624975 | 02/25/2020 | $366.00 | 26230643302 | 03/17/2020 | $366.00 | 26230648667 |
| 03/31/2020 | $366.00 | 26230650671 | 05/11/2020 | $366.00 | 17676019070 | 06/16/2020 | $366.00 | 26701807757 |
| 07/21/2020 | $366.00 | 26230662494 | 09/10/2020 | $366.00 | 2681752140 | 10/13/2020 | $366.00 | 26841735180 |
| 11/20/2020 | $366.00 | 26230689292 | 12/09/2020 | $366.00 | 26776511583 | 01/12/2021 | $366.00 | 26841761471 |
| 02/23/2021 | $366.00 | 26776523665 | 03/16/2021 | $366.00 | 26776528615 | 04/16/2021 | $366.00 | 26776534217 |
| 05/26/2021 | $366.00 | 26776541518 | | | | | | |

**Total Receipts for the Period: $5,856.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,927.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FREEDOM MORTGAGE CORPORATION<br>»» 001 | Mortgage Arrears | $14,171.08 | $6,711.79 | $7,459.29 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»» 004 | Secured Creditors | $63.98 | $30.29 | $33.69 |
| 3 | ROBERT NEIL BRAVERMAN ESQ<br>»» 003 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

Chapter 13 Case No. 19-10544-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,927.00 | Current Monthly Payment: | $366.00 |
| Paid to Claims: | $8,742.08 | Arrearages: | $321.00 |
| Paid to Trustee: | $855.52 | Total Plan Base: | $21,960.00 |
| Funds on Hand: | $329.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.