Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 19-10544-AMC

DAISY FLEMING  
1003 E. LUZERNE STREET  
PHILADELPHIA  PA    19124

Petition Filed Date: 01/29/2019  
341 Hearing Date: 03/08/2019  
Confirmation Date: 07/31/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2021 | $366.00 | 26776534217 | 05/26/2021 | $366.00 | 26776541518 | 06/18/2021 | $366.00 | 26970045131 |
| 07/20/2021 | $366.00 | 27310010916 | 08/10/2021 | $366.00 | 27310011941 | 09/21/2021 | $366.00 | 27494613112 |
| 10/06/2021 | $366.00 | 27494617588 | 10/25/2021 | $366.00 | 27494614405 | 12/23/2021 | $366.00 | 27852303903 |
| 01/11/2022 | $366.00 | 27289280248 | 02/15/2022 | $366.00 | 27825571462 | 03/17/2022 | $366.00 | 27778887404 |
| 04/19/2022 | $366.00 | 27714941853 | 05/20/2022 | $366.00 | 27714947174 | 06/22/2022 | $366.00 | 27881239702 |
| 07/26/2022 | $366.00 | 28140318000 | | | | | | |

**Total Receipts for the Period: $5,856.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,051.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FREEDOM MORTGAGE CORPORATION<br>»»  001 | Mortgage Arrears | $14,171.08 | $11,368.25 | $2,802.83 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»»  004 | Secured Creditors | $63.98 | $46.77 | $17.21 |
| 3 | ROBERT NEIL BRAVERMAN ESQ<br>»»  003 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 19-10544-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,051.00 | Current Monthly Payment: | $366.00 |
| Paid to Claims: | $13,415.02 | Arrearages: | $321.00 |
| Paid to Trustee: | $1,294.72 | Total Plan Base: | $21,960.00 |
| Funds on Hand: | $341.26 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.